## Commonwealth v. Pushkarsh, Appellant.

Submitted November 14, 1972. *Myron W. Warman*, and *Warman & Warman*, for appellant; *Richard D. Cicchetti*, District Attorney, for Commonwealth, appellee.

The appeal is quashed.

## Commonwealth v. Richards, Appellant.

Argued November 17, 1972. *John H. Corbett, Jr.*, Assistant Public Defender, with him *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Peter Foster*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.